**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-4854**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY CARLOS HOPKINS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Robert C. Chambers, District Judge. (CR-00-75)

─────────────

Submitted: April 30, 2001        Decided: May 16, 2001

─────────────

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Mary Lou Newberger, Acting Federal Public Defender, Brian J. Kornbrath, Assistant Federal Public Defender, Charleston, West Virginia, for Appellant. Rebecca A. Betts, United States Attorney, John L. File, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory Carlos Hopkins appeals the sentence imposed on his conviction after a jury trial for threatening a federal informant in violation of 18 U.S.C.A. § 1513(b)(2) (West 2000). Specifically, Hopkins disputes the district court's application of an eight-level increase under USSG § 2J1.2(b)(1) for threatening to cause physical injury in order to obstruct the administration of justice. After a thorough review of the briefs, presentence report, and transcripts before this court, we conclude that the district court committed no error in applying § 2J.2(b)(1). See <u>United States v. Weston</u>, 960 F.2d 212, 218 (1st Cir. 1992); <u>see also</u> <u>United States v. Cunningham</u>, 54 F.3d 295, 302 (7th Cir. 1995). Hopkins' claim to this effect is without merit.

Accordingly, we affirm Hopkins' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2